FILED:  January 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1989
(3:08-md-01932-GCM)
(3:08-cv-01934-GCM)

_____


In re: FAMILY DOLLAR STORES, INCORPORATED, WAGE AND HOUR
EMPLOYMENT PRACTICES LITIGATION


-------------------------------

BETTY S. MCCARTY; CLAUDE CARLILE, Case No. 3:08cv1934

        Plaintiffs - Appellants

v.

FAMILY DOLLAR STORES, INCORPORATED

        Defendant – Appellee


_____

No. 13-2062
(3:08-md-01932-GCM)
(3:08-cv-00110-GCM)

_____


In re: FAMILY DOLLAR STORES, INCORPORATED, WAGE AND HOUR
EMPLOYMENT PRACTICES LITIGATION


-------------------------------

LUANA SCOTT, on behalf of herself and others similarly situated

      Plaintiff - Appellant

v.

FAMILY DOLLAR STORES, INCORPORATED

      Defendant - Appellee

_____

O R D E R

_____

The court extends the briefing schedules for above separate appeals as

follows:

    Appendix due: 03/14/2014

    Opening brief due: 03/14/2014

    Response brief due: 04/08/2014

    Any reply brief: 14 days from service of response brief.

                For the Court--By Direction

                /s/ Patricia S. Connor, Clerk